AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-mj-00111 |
| ALAN MICHAEL ST. ONGE | ) Assigned to: Judge Meriweather, Robin M. |
| DOB: XXXXXX | ) Assign Date: 6/1/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    January 6, 2021    in the county of _____ in the
_____ in the District of    Columbia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3)- | Civil Disorder |
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(E)- | Impeding Passage Through the Capitol Grounds or Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    06/01/2023

*Judge's signature*

City and state:    Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*